Appeal from a judgment of the County Court of Warren County (Hall, Jr., J.), rendered September 10, 2008, convicting defendant upon his plea of guilty of the crimes of criminal possession of a controlled substance in the second degree and resisting arrest.
Defendant pleaded guilty to criminal possession of a controlled substance in the second degree and resisting arrest and waived his right to appeal. He was sentenced as a second violent felony offender in accordance with the terms of the plea agreement.
Appellate counsel for defendant now seeks to be relieved of his assignment, arguing that no nonfrivolous appellate issues exist. Upon our review of the record and counsel’s brief, we agree. As such, the judgment is affirmed and counsel’s application for leave to withdraw is granted (see People v Cruwys, 113 AD2d 979, 980 [1985], lv denied 67 NY2d 650 [1986]; see generally People v Stokes, 95 NY2d 633 [2001]).
Cardona, P.J., Peters, Lahtinen, Stein and Garry, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.